# CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2014CR7707

THE STATE OF TEXAS

VS

COREY DENTS

IN THE 290TH DISTRICT COURT

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/12/2015 11:37:58 AM
BEXAR COUNTY, TEXAS
KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 01-05-2015

3. The Honorable MELISA SKINNER_____presided at the trial____.

4. The above named defendant was convicted_____of the offense(s) of ASSAULT-FAMILY-2ND OFFENSE_____

   as a (Repeater) (Habitual).

5. State's appeal attorney: NICHOLAS "NICO" LAHOOD_____ 300 Dolorosa, Suite 4025, Bexar County Justice Center, San Antonio, Texas,78205 (210)335-2413    SBN: 16687400_____

6. Trial_____Attorney(s): JAMES REEVES

   (Retained) (Appointed) Appeals attorney: WILLIAM L BASKETTE_____
   Address & Phone No: 110 W NUEVA SAN ANTONIO, TX, 78204-0000 (210)930-1200_____  SBN: 1871400

   Defendant Pro-Se__Yes X No

7. The trial held was:__Trial before the Court         __Jury trial on guilt only
   __Jury trial on punishment only    __Jury trial guilt and punishment
   X Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   __Pretrial motion heard prior to plea   __Open/non negotiated plea of guilty/nolo contendere
   __Motion to enter adjudication of guilt  __Motion to revoke community supervision
   __Other_____

8. The sentence was (imposed ) on:12-12-2014 for a period of:yrs:004 mths:00
   and a fine of $         1,500.00

9. Defendant is presently in: X  BCADC ___ TDCJID. Defendant is on ___ ** RWOB **_____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: DEBRA JIMENEZ 300 DOLOROSA
    SENTENCING (12-12-2014)_____

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na & cause number)_____

WITNESS MY HAND THIS THE 12th DAY OF January_____, 2015

COURT REPORTER(S): Debra Jimenez (Hand Delivered)      Date: JAN 1 2 2015
                                                        Date:
KEITH E. HOTTLE, CLERK

BY:_____              Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY: Sarah Verdeja

VERDEJA, SARAH ALYSSA                ,DEPUTY

(jsdca)

FILED
_____O'CLOCK_____M

JAN - 5 2015
DONNA KAY McKINNEY
District Clerk, Bexar County, Texas
BY _____ DEPUTY

Cause NO. 2014-CR7707
Case No. 2014-CR 7708

THE STATE OF TEXAS

VS.

Corey Dents

IN THE DISTRICT COURT

290 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now **Corey Dents**, Defendant in the above styled and numbered cause, on this the **12th** day of **December**, **2014**, and within thirty (30) days of sentencing having been imposed against Defendant on the **12th** day of **December**, **2014**, in said cause, and files this written notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

Respectfully submitted,

James Reeves

Corey Dents

_____
Attorney for Defendant

_____
Defendant

CAUSE NO. 2014CR7707- Appeal

STATE OF TEXAS                    290TH DISTRICT COURT

BEXAR COUNTY, TEXAS

## APPOINTMENT OF ATTORNEY

The court in accordance with Article 26.04 code of Criminal Procedure, as amended hereby appoints attorney

Bill Baskette _____, BAR NO. 1871400 _____
Attorney

to represent

Corey Dents _____, SID NO. 570473 _____
Defendant

Such representation is to continue, (unless relived by the Court earlier, after finding good cause is entered on the record), until charges are dismissed, the defendant is acquitted, all post-trial motions are resolved, notice of appeal is perfected, or until relieved by the Court or replaced by other counsel.

Performance of duties under this order of appointment will result in submission of your claim for payment by submitting a payment voucher for Court approval.

SIGNED and ORDERED this 9th day of January , 20 15.

**JUDGE MELISA SKINNER**
290TH DISTRICT COURT
BEXAR COUNTY, TEXAS

No. 2014-CR-7707

| The State of Texas | § | | In the 290 District Court |
|---|---|---|---|
| vs. | § | [stamp] | of |
| COREY AENTS | § | | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☐ is not a plea-bargain case, and the defendant has the right of appeal; (or)

- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

- ☑ is a plea-bargain case, and the defendant has NO right of appeal; (or)

- ☐ is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

- ☐ is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

- ☐ is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

- ☑ is one in which the defendant has waived the right of appeal.

_____
**JUDGE**

_12-12-14_
**Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

_____
**DEFENDANT**

Mailing address:_____

Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**ATTORNEY FOR DEFENDANT**

Bar number: 24072514

Mailing address:_____
_____

Telephone:_____
Fax:_____

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).